# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

JONATHAN A. PATRONO
**Debtor(s)**

STEVEN M. CARR, TRUSTEE
**Plaintiff(s)**

vs.

H&M HOLDINGS GROUP, LLC
HAUSER FAMILY FARMS, LLC
MELINDA H. DAVIS
HANNAH M. HAUSER
**Defendant(s)**

Chapter 7

Case No. 1:26–bk–00020–HWV

Adversary No. 1:26–ap–00044–HWV

---

### Summons

---

**YOU ARE SUMMONED** and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court no later than May 31, 2026, except that the United States and its offices and agencies shall file a motion or answer to the complaint no later than June 5, 2026.

### Address of Clerk
Sylvia H. Rambo US Courthouse
1501 N. 6th Street
Harrisburg, PA 17102

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

### Name and Address of Plaintiff's Attorney
Steven M. Carr, Esquire
119 East Market Street
York, PA 17401

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**s/Seth F. Eisenberg**

_____
Seth F. Eisenberg
Clerk of the Bankruptcy Court
Sylvia H. Rambo US Courthouse
1501 N. 6th Street
Harrisburg, PA 17102

Dated: May 1, 2026

Summons (Form summons) (11/23)

**CERTIFICATE OF SERVICE**

I, _____(name), certify that service of this summons and a copy of the complaint was made _____ (date) by:

__ Mail service: Regular, first class United States mail, postage fully pre–paid, addressed to:

__ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

__ Residence Service: By leaving the process with the following adult at:

__ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

__ Publication: The defendant was served as follows: [Describe briefly]:

__ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]:

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: _____      Signature: _____

Printed Name of Attorney:

_____

Business Address:

_____

_____