# Notice Recipients

District/Off: 0314–1    User: AutoDocketer    Date Created: 5/1/2026
Case: 1:26–ap–00044–HWV    Form ID: summons    Total: 1

**Recipients of Notice of Electronic Filing:**
pla          Steven M. Carr          stevecarr8@comcast.net

                                                    TOTAL: 1