**CERTIFICATE OF SERVICE**

I, Steven M. Carr, Esq., certify that service of this summons and a copy of the complaint was made May 4, 2026 by:

  **X**  Mail service: Regular, first class United States mail, postage fully pre–paid, addressed to:

| | | | |
|---|---|---|---|
| H&M Holdings Group, LLC | Hannah M. Hauser | Hauser Family Farms, LLC | Melinda H. Davis |
| 210 Ridgewood Drive | 210 Ridgewood Drive | 48 Beechwood Drive | 48 Beechwood Drive |
| Gettysburg, PA 17325 | Gettysburg, PA 17325 | Fairfield, PA 17320 | Fairfield, PA 17320 |

__ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

__ Residence Service: By leaving the process with the following adult at:

__ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

__ Publication: The defendant was served as follows: [Describe briefly]:

__ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]:

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: __May 4, 2026__        Signature: _____

Printed Name of Attorney:

Steven M. Carr, Esq.
Ream, Carr, Markey, Woloshin, and Hunter LLP
119 East Market Street
York, PA 17401